

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-16-00701-CR

Matthew **JOINER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10594
Honorable Jefferson Moore, Judge Presiding

## O R D E R

Appellant's motion to supplement reporter's record and preserve audio recordings of all trial proceedings is GRANTED. Maria Fattahi, the court reporter responsible for filing the reporter's record from the voir dire proceedings in the underlying cause, is ORDERED to file her portion of the reporter's record no later than thirty days from the date of this order. Debbie Doolittle is ORDERED to preserve for appellate review all audio recordings of any trial court proceedings she generated in the underlying cause.

Appellant's notice of designation of new lead counsel and motion to recalculate due date for appellant's brief is GRANTED. Appellant's brief must be filed no later than thirty days after the date the reporter's record containing the voir dire proceedings is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk